GEORGE M. DYER *vs.* UNION RAILROAD COMPANY.

PROVIDENCE—JUNE 4, 1903.

PRESENT: Stiness, C. J., Tillinghast and Blodgett, JJ.

(1) *Common Carrier.  Negligence.  New Trial.*

In an action against a common carrier for negligence, evidence of failure to ring the bell on the car in question at the intersection of other streets prior to the time of the accident was improper.

(2) *Evidence.  New Trial.*

Where the evidence shows that the defendant was guilty of such negligence that a new trial would be of no avail, and that the damages were

not excessive, a new trial will be denied, although evidence was improperly admitted by the trial court.

TRESPASS ON THE CASE for negligence. Heard on petition of defendant for new trial, and petition denied.

(1)   PER CURIAM. The court is of the opinion that evidence as to the failure to ring the bell on the car in question at the intersection of other streets prior to the time of the accident was not proper. *Agulino* v. *R. R. Co.*, 21 R. I. 263. But a consideration of the evidence shows that the negligence of the defendant was so clearly established that a new trial would be of no avail, since it clearly appears that the plaintiff was overtaken from the rear by the car of the defendant company, which was then running at a high and excessive rate of speed. And the court fails to find that the damages awarded were excessive.

Petition for new trial denied.

*John W. Hogan and Philip S. Knauer*, for plaintiff.

*David S. Baker and Lewis A. Waterman*, for defendant.